AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocation     Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Supervised Release) |
| V. | |
| | Case Number: 8:89-cr-160-T-23TGW |
| NEIL CURTIS MORRIS | USM Number: 10469-018 |
| | Defendant's Attorney:  Maria Guzman, afpd |

The defendant admits committing, and is adjudged guilty of committing, the violations charged in numbered paragraphs one and two of the November 30, 2007, petition (Doc. 48).

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| ONE | New criminal conduct, conspire to distribute and possess with intent to distribute five kilograms or more of cocaine | 11/29/07 |
| TWO | New criminal conduct, possess a firearm in furtherance of a drug trafficking crime | 11/29/07 |

The defendant's supervised release is **REVOKED**. The defendant is sentenced as provided in pages two through three of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 27, 2008
Date of Imposition of Sentence

Steven D. Merryday
UNITED STATES DISTRICT JUDGE

*March 27th, 2008*

Date

| | |
|---|---|
| DEFENDANT:     NEIL CURTIS MORRIS | Judgment - Page  2  of  3 |
| CASE NUMBER:   8:89-cr-160-T-23TGW | |

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **FORTY-EIGHT (48) MONTHS TO RUN CONSECUTIVELY TO THE SENTENCE IN CASE NO. 8:07-cr-497-T-27TGW.**


___     The court makes the following recommendations to the Bureau of Prisons:


_X_     The defendant is remanded to the custody of the United States Marshal.


## RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL


By _____
   DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation:     Sheet 3 - Supervised Release

| | |
|---|---|
| DEFENDANT:    NEIL CURTIS MORRIS | Judgment - Page _3_ of _3_ |
| CASE NUMBER:    8:89-cr-160-T-23TGW | |

## SUPERVISED RELEASE

NO TERM OF SUPERVISION IS IMPOSED.